## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JENNIFER CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) CANADIAN COUNTY *ex rel.* BOARD )<br>OF COUNTY COMMISSIONERS, )<br>(2) ROY CHRIS WEST a/k/a CHRIS WEST, )<br>individually and in his capacity as the )<br>Sheriff of Canadian County, )<br>(3) DAVID WAYNE LOMAN, individually )<br>and in his official capacity as a Deputy of )<br>Canadian County, )<br>)<br>Defendants. ) | Case No. CIV-24-1241-SLP |

## NOTICE AND PETITION FOR REMOVAL

Defendants Board of County Commissioners of Canadian County, Oklahoma, and Chris West, individually and in his capacity as the Sheriff of Canadian County, (collectively referred to herein as "Defendants") hereby give notice of their removal of the action currently pending in the District Court of Canadian County, State of Oklahoma, pursuant to 28 U.S.C. §1441 *et seq.*, Fed. R. Civ. P. 81(c), and Local Rules 81.1 and 81.2 of the United States District Court for the Western District of Oklahoma. In support of their Notice and Petition of Removal, Defendants provide to the Court as follows:

1.      The captioned proceeding was filed in the District Court of Canadian County, State of Oklahoma, on May 16, 2024, and is styled <u>Jennifer Clark v. Canadian County *ex rel.* Board of County Commissioners, *et al.*</u>, Case No. CJ-2024-328.

2.      Defendants have been served with process. This Notice and Petition for Removal is timely filed.

3.      Defendant David Wayne Loman does not object to removal as Defendant Loman's counsel has advised that he plans to remove this case as well.

4.      The United States District Court for the Western District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. § 1331. More specifically, Plaintiff alleges in the Corrected Petition that the Defendants have violated her rights under the Fourth, Fourteenth, and/or Eighth Amendments to the U.S. Constitution. Plaintiff further requests redress under federal law, 42 U.S.C. § 1983. Furthermore, the Court has supplemental jurisdiction over Plaintiff's state law claims against the Defendants pursuant to 28 U.S.C. § 1367(a).

5.      Pursuant to 28 U.S.C. § 1446 and LCvR 81.2, the following exhibits are attached:

> Exhibit 1 – Canadian County Court Docket Sheet
> Exhibit 2 – Petition
> Exhibit 3 – Summons to Chris West
> Exhibit 4 – Summons to David Wayne Loman
> Exhibit 5 – Summons to Canadian County Board of County Commissioners
> Exhibit 6 – Entry of Appearance of Rachel Bussett Counsel
> Exhibit 7 – Corrected Petition
> Exhibit 8 – Plaintiff's Application for Extension of Time to Serve Petition or Alternatively to Stay Case Pending Resolution of Criminal Cases
> Exhibit 9 – Order Denying Plaintiff's Application for Extension of Time to Serve Petition & Order Denying Stay
> Exhibit 10 – Proof of Service

6.      As stated above, a copy of the most-recently available docket sheet in the state court action, along with copies of all other documents filed in the state court action

are attached hereto marked as Exhibits 1-10 and made a part hereof. At this time, Defendants have inquired of the Clerk of the District Court of Canadian County, and there are presently no motions filed or pending in state court at the time of removal.

7.     By removal, Defendants hereby reserve and do not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations in the State Complaint or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, the Tenth and Eleventh Amendment or any other sovereign immunity. *See Neiberger v. Hawkins*, 70 F.Supp.2d 1177 (D.Colo. 1999). This removal in no way waives the right to immunity from liability retained by Defendants with regard to all claims. *Trant v. Oklahoma*, 754 F.3d 1158 (10th Cir. 2014).

8.     Pursuant to 28 U.S.C. § 1446(d), Defendants are providing notice of this removal to the Plaintiff and filing a copy of the Notice of Removal with the Clerk of the District Court of Canadian County.

WHEREFORE, Defendants Board of County Commissioners of Canadian County, Oklahoma, and Chris West, individually and in his capacity as the Sheriff of Canadian County, respectfully request that this action be removed from the District Court of Canadian County, State of Oklahoma to the United States District Court for the Western District of Oklahoma, and for such other and further relief as this Court deems proper under the circumstances.

3

Respectfully submitted,


s/ Rebecca A. Boyer
Stephen L. Geries, OBA No. 19101
Rebecca A. Boyer, OBA No. 31847
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078
E-mail:        slg@czwlaw.com
               rab@czwlaw.com

***ATTORNEYS FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF CANADIAN
COUNTY AND CHRIS WEST***

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and served the attached document by electronic mail and U.S. Mail, postage prepaid, to the following:

Rachel L. Bussett (via rbussett@dicellolevitt.com)
Robert F. Dicello (via rfdicello@dicellolevitt.com)
Joseph Frate (via jfrate@dicellolevitt.com)
DICELLO LEVITT, LLP
8160 Norton Parkway
Mentor, OH 44060

and

Shelby Shelton (via shelby@sheltonlawfirmok.com)
Rachel Lynn (via rachel@sheltonlawfirmok.com)
SHELTON LAW FIRM
420 N.W. 6th Street, First Floor
Oklahoma City, OK 73102

***Attorneys for Plaintiff***

4

Robert S. Lafferrandre (via rlafferrandre@piercecouch.com)
Charles A. Schreck (via cschreck@piercecouch.com)
Jessica James Curtis (via jjamescurtis@piercecouch.com)
PIERCE COUCH, HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis Avenue
Oklahoma City, OK 73106

***Attorneys for Defendant David Wayne Loman***

s/ Rebecca A. Boyer
Rebecca A. Boyer